39 So.2d 9

### HOYNE v. STATE.
### 8 Div. 426.

Supreme Court of Alabama.
Feb. 17, 1949.

Harold T. Pounders and F. S. Parnell, both of Florence, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

STAKELY, Justice.

The appellant was indicted, tried and convicted of murder in the second degree. The appeal is solely on the record which is in the required form and shows no error. Supreme Court Rule 27, Code 1940, Tit. 7 Appendix; § 380, Title 15, Code of 1940; Scott v. State, 228 Ala. 509, 154 So. 113; Williams v. State, 241 Ala. 348, 2 So.2d 423.

Affirmed.

BROWN, FOSTER and LAWSON, JJ., concur.